1

2

3                       UNITED STATES DISTRICT COURT

4                     NORTHERN DISTRICT OF CALIFORNIA

5

6   STEVEN WAYNE BONILLA,              Case Nos. 25-cv-4482-PJH

7              Plaintiff,                         25-cv-4527-PJH

                                                  25-cv-4658-PJH
8          v.
                                                  25-cv-4711-PJH

9                                                 25-cv-4894-PJH
    U.S. DISTRICT COURT NORTHERN
10  DISTRICT JUDGES AND COURT                     25-cv-4895-PJH
    CLERKS et. al.,                               25-cv-5198-PJH
11
              Defendants.                         25-cv-5199-PJH

12                                                25-cv-5200-PJH

13                                                25-cv-5248-PJH

                                                  25-cv-5249-PJH
14
                                                  25-cv-5251-PJH
15
                                                  25-cv-5252-PJH
16                                                25-cv-5253-PJH

17                                                25-cv-5254-PJH

18                                                25-cv-5255-PJH

                                                  25-cv-5256-PJH
19
                                                  25-cv-5257-PJH
20
                                                  25-cv-5295-PJH
21                                                25-cv-5297-PJH

22                                                25-cv-5300-PJH

23                                       ORDER DISMISSING MULTIPLE
                                         CASES WITH PREJUDICE
24

25      Plaintiff, a state prisoner, filed multiple pro se civil rights complaints under 42

26  U.S.C. § 1983.  Plaintiff is a condemned prisoner who also has a pending federal habeas

27  petition in this court with appointed counsel.  *See Bonilla v. Ayers*, Case No. 08-0471

28

*United States District Court*
*Northern District of California*

United States District Court
Northern District of California

1    YGR.  Plaintiff is also represented by counsel in state court habeas proceedings.  *See In*

2    *re Bonilla*, Case No. 20-2986 PJH, Docket No. 1 at 7.

3          Plaintiff presents nearly identical claims in these actions.  He names as

4    defendants various federal and state courts and government agencies.  He seeks relief

5    regarding his underlying conviction or how his other cases were handled by the state and

6    federal courts.

7          To the extent that plaintiff seeks to proceed *in forma pauperis* (IFP) in these cases,

8    he has been disqualified from proceeding IFP under 28 U.S.C. § 1915(g) unless he is

9    "under imminent danger of serious physical injury" at the time he filed his complaint.  28

10    U.S.C. 1915(g); *In re Steven Bonilla*, Case No. 11-3180 CW; *Bonilla v. Dawson*, Case

11    No. 13-0951 CW.

12          The allegations in these complaints do not show that plaintiff was in imminent

13    danger at the time of filing.  Therefore, he may not proceed IFP.  Moreover, even if an

14    IFP application were granted, his lawsuits would be barred under *Heck v. Humphrey*, 512

15    U.S. 477, 486-87 (1994), *Younger v. Harris*, 401 U.S. 37, 43-54 (1971), *Demos v. U.S.*

16    *District Court*, 925 F.2d 1160, 1161-62 (9th Cir. 1991) or *Mullis v. U.S. Bankruptcy Court*,

17    828 F.2d 1385, 1393 (9th Cir. 1987).  Accordingly, the cases are dismissed with

18    prejudice.  The court notes that plaintiff has an extensive history of filing similar frivolous

19    cases.[1]

20          Furthermore, these are not cases in which the undersigned judge's impartiality

21    might be reasonably questioned due to the repetitive and frivolous nature of the filings.

22    *See United States v. Holland*, 519 F.3d 909, 912 (9th Cir. 2008) (absent legitimate

23    reasons to recuse himself or herself, a judge has a duty to sit in judgment in all cases

24    assigned to that judge).[2]

25

26    [1] The undersigned is the fourth judge assigned cases filed by plaintiff.  This is the 76th order issued by the undersigned since April 30, 2020, pertaining to 1,116 different cases.

27    Plaintiff filed 962 other cases with the three other judges since 2011.
[2] Plaintiff names the Northern District as a defendant in two of these cases, though

28    presents no specific allegations.  *See* Case Nos. 25-4482; 25-4527.  Plaintiff does not seek recusal, nor is recusal warranted considering the frivolous nature of the cases.

1     The clerk shall terminate all pending motions and close these cases.  The clerk

2  shall return, without filing, any further documents plaintiff submits in these closed cases.

3     **IT IS SO ORDERED.**

4  Dated: June 30, 2025

5

6                                         /s/ Phyllis J. Hamilton

7                                    PHYLLIS J. HAMILTON
                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California